STATE of Missouri, Plaintiff–
Respondent,

v.

Ronnie THORNTON, Defendant–
Appellant.

No. 64041.

Missouri Court of Appeals,
Eastern District,
Division One.

March 29, 1994.

Robert E. Steele, Jr., St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Ronnie Thornton, appeals from his judgment of conviction, after a jury trial, for possession of a controlled substance. Defendant was sentenced as a prior drug offender and a prior and persistent offender to imprisonment for four years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Lacey TURNER, Appellant.

Lacey TURNER, Appellant,

v.

STATE of Missouri, Respondent.

No. 60970.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 29, 1994.

Marcie W. Bower, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and
PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Appellant, Lacey Turner, appeals from a jury verdict entered in the Circuit Court of the County of St. Louis, finding him guilty of murder in the second degree, RSMo § 565.-021 (1986), and armed criminal action, RSMo § 571.015 (1986). We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rules 84.16(b) and 30.25(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.